**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SCHILLER DUCANTO AND FLECK, LLP, | ) ) ) | Case No. **08 C 518** |
| Plaintiff, | ) ) | |
| | ) | NOTICE OF REMOVAL OF |
| SHARON LITWIN AND GERALD, LITWIN, | ) ) | ACTION; UNDER 28 U.S.C. SEC. 1441(b) (DIVERSITY) |
| Defendants. | ) | **JUDGE HOLDERMAN** |
| | | **MAGISTRATE JUDGE BROWN** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:     **J. N.**

PLEASE TAKE NOTICE THAT defendants Gerald Litwin hereby removes to this Court the state court action described below.

1. An action was commenced in the Circuit Court of Cook County, County Department, Domestic Relations Division, in Illinois captioned: IN RE THE MARRIAGE OF: *Ethan S. Hoberman v. Sharon S. Hoberman,* Case No. 05 D 12924. Ethan Hoberman filed the action seeking a judgment of dissolution from his wife, Sharon Hoberman, now known as Sharon Litwin, an award of custody, and resolving financial issues arising from the dissolution of marriage. Sharon Litwin filed an answer and counterclaim seeking a judgment of divorce, an award of custody, and to resolve financial issues arising from the divorce. All issues regarding the dissolution of the marriage have been resolved.

2. The Illinois Marriage and Dissolution Act provide a mechanism for an attorney to initiate a proceeding against a client for attorney fees in a divorce proceeding. 750 **ILCS** 5/508 (c). Section (c) (1) states that the relief requested under the statute constitutes a "distinct cause of action." Subsequent to the resolution of the divorce case, Schiller DuCanto and Fleck LLP filed a Petition for Setting Final Fees and Costs pursuant to 750 **ILCS** 5/508 in 05 D 12924. The petition seeks a judgment against Sharon Litwin and Gerald Litwin, the father of Sharon

Hoberman, for attorney fees incurred in the prosecution of 05 D 12924. (See **Exhibit 1**, a copy of the Schiller DuCanto and Fleck LLP Petition for Setting of Final Fees and Costs).

3. The petition filed by Schiller, Ducanto and Fleck does not seek any relief that is of a matrimonial nature. The petition is simply an action for money damages.

4. On December 19, 2007, Judge Michelle Lowrance entered an order granting Schiller DuCanto and Fleck LLP leave to file a claim against Gerald Litwin, which essentially consolidated the claim against Gerald Litwin with the claim against Sharon Litwin. (See **Exhibit 2**, a copy of the December 19, 2007 order). The order of December 19, 2007 essentially initiated an entirely new cause of action which is separate and independent from 05 D 12924 and the claims made against Sharon Litwin.

5. Gerald Litwin received a copy of said state court petition for fees on January 5, 2008 via mail delivery. A copy of the summons is attached as **Exhibit 3**.

6. This notice of removal is filed within 30 days after receipt of the summons and petition by Gerald Litwin. Sharon Litwin has provided written consent to remove this case, which will be provided in the future if it is needed.

7. This action is removable to this court by virtue of 28 U.S.C. Sec. 1441 and in accordance with 28 U.S.C. Sec. 1446. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Sec. 1332 and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C. Sec. 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Schiller DuCanto and Fleck LLP seeks an award of attorneys' fees and court costs in the amount of $91,184.77 plus $14,945.58 for expert fees.

8. Defendant Sharon S. Litwin was at the time of the filing of the original complaint and still is a citizen of the state of New Jersey, Gerald Litwin was at the time of the filing of the petition and still is a citizen of the state of New Jersey. Schiller DuCanto and Fleck LLP is an Illinois partnership with its principle place of business in the state of Illinois. Upon information and belief, neither Schiller nor any of its members is a citizen of New Jersey.

9. No other party has entered an appearance, answered, or otherwise filed any pleading responsive to the summons and petition for fees in the state action.

10. Written notice of the filing of this notice of removal is being filed with the Cirucit Court of Cook County, Illinois, Country Department, Domestic Relations Division in accordance with 28 U.S.C. Sec. 1446(d). Written notice of the filing of this notice of removal is being provided to Schiller in accordance with 28 U.S.C. Sec. 1446(d).

WHEREFORE Gerald H. Litwin respectfully notifies this court of the removal of the state action in the Circuit Court of Cook County, Illinois, County Department, Domestic Relations Division to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

GERALD LITWIN

s/ Joseph T. Gentleman
One of the attorneys of Gerald Litwin

Donald L. Johnson (1342460)
Joseph T. Gentleman (6244501)
Julie A. Boynton (6224529)
33 North Dearborn Street, Suite 1401
Chicago, Illinois 60602
(312) 263-7000