IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS, DIVISION

| | |
|---|---|
| SCHILLER DUCANTO AND FLECK, LLP,<br><br>        Plaintiff,<br><br>SHARON LITWIN AND GERALD, LITWIN,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 518<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

TO:

    Schiller Du Canto and Fleck LLP
    200 North LaSalle Street 30th Floor
    Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on the 8th day of **February 2008**, the undersigned filed by ECF with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **NOTICE OF CONSENT OF DEFENDANT SHARON LITWIN**, a copy of which is herewith served upon you.

                                                      By:    /s/ Joseph T. Gentleman
                                                             One of the attorneys of Gerald Litwin

Donald L. Johnson (ARDC NO.1342460)
Joseph T. Gentleman (ARDC NO. 6244501)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

    Under penalties as provided by law, the undersigned certifies that she caused to be electronically served the foregoing **Notice** and **NOTICE OF CONSENT OF DEFENDANT SHARON LITWIN**, to the attorney listed above on the 8th day of **February 2008**.

                                                                    /s/ Chrissy Wawryniuk

```
```

Case 1:08-cv-00518 Document 7 Filed 02/08/2008 Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SCHILLER, DuCANTO & FLECK, LLP, :
           Plaintiff, :

Case No.

-vs- : **DECLARATION OF SHARON LITWIN**

**SHARON LITWIN** and **GERALD H. LITWIN**, :

           Defendants. :

STATE OF NEW JERSEY)
           S.S.:
COUNTY OF BERGEN)

SHARON LITWIN declares under penalty of perjury:

1. I am a defendant in this action.

2. I am aware that counsel for Gerald H. Litwin, the co-defendant and my father, have removed the plaintiff's claim to this Court. I consent to that removal.

3. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008

                                                  _____
                                                  Sharon Litwin

Robert A. Vort, LLC
2 University Plaza
Hackensack, New Jersey 07601
201-342-9501