## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SCHILLER, DU CANTO, AND FLECK, LLP<br>          Plaintiff<br>          v.<br>SHARON LITWIN and GERALD LITWIN,<br>          Defendants. | Case Number: 08 C 518 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

KC **FILED**
FEB 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print)<br>Burton S. Hochberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Burton S Hochberg |
| FIRM<br>SCHILLER, DU CANTO, AND FLECK, LLP |
| STREET ADDRESS<br>200 North LaSalle Street, 30th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 - 1089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 26828 | (312) 641 - 5560 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐