

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of             Case Number: 08 C 518

SCHILLER, DU CANTO, AND FLECK, LLP
          Plaintiff
          v.
SHARON LITWIN and GERALD LITWIN,
          Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**KC FILED FEB 2 0 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| NAME (Type or print) | |
| Jay P. Dahlin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| SCHILLER, DU CANTO, AND FLECK, LLP | |
| STREET ADDRESS | |
| 200 North LaSalle Street, 30th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 - 1089 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 26828 | (312) 641 - 5560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |