IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 2 2 2008
FILED
FEB 2 2 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SCHILLER DUCANTO AND FLECK LLP<br>Plaintiff,<br><br>and<br><br>SHARON HOBERMAN AND GERALD LITWIN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 08 C 518<br>)   Honorable James F. Holderman<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION TO REMAND

TO:  Donald L. Johnson, Esq.
     Joseph T. Gentleman, Esq.
     Julie A. Boynton, Esq.
     33 North Dearborn Street
     Suite 1401
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable James F. Holderman on Thursday, February 28, 2008 at 9:00 a.m. in Courtroom 2541 in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, or before any judge sitting in his place and stead and present a copy of PLAINTIFF's MOTION TO REMAND, which is hereby served on you.

Respectfully submitted,
SCHILLER DuCANTO AND FLECK LLP

By_____
One of its Attorneys

311565-1

BURTON S. HOCHBERG (ARDC No. 01229923)
JAY P. DAHLIN (ARDC No. 6274770)
SCHILLER DU CANTO AND FLECK LLP
Attorney No. 26828
Attorneys for Plaintiff
200 North LaSalle Street, 30th Floor
Chicago, Illinois 60601-1089
Telephone No. (312) 641-5560
Facsimile Telephone No. (312) 641-6361
Service by Facsimile Transmission Will Be Accepted

### PROOF OF SERVICE-CHICAGO

The undersigned states that on February 21, 2008, I served this Notice of Motion to Remand, together with the documents referred to therein, as follows: ☒ by personal delivery to each person to whom it is directed; and/or ☐ by depositing the same in the U.S. Mail at 200 North LaSalle Street, Chicago, Illinois, before 5:00 p.m. with proper postage prepaid; and/or ☐ by faxing _____ pages, including cover page, via facsimile machine at _____.m. from the law offices of Schiller DuCanto and Fleck LLP, 200 North LaSalle Street, 30th Floor, Chicago, Illinois, to Fax No: _____ at the offices of _____. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in this instrument are true and correct.

_____
Kristin Holste

311565-1