## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SCHILLER, DU CANTO, AND FLECK, LLP
          Plaintiff

          v.

SHARON LITWIN and GERALD LITWIN,
          Defendants.

Case Number: 08 C 518

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

☑ **F I L E D**

FEB 2 1 2008

AMENDED APPEARANCE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Burton S. Hochberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Burton S Hochberg* | |
| FIRM<br>SCHILLER, DU CANTO, AND FLECK, LLP | |
| STREET ADDRESS<br>200 North LaSalle Street, 30th Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 - 1089 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01229923 | TELEPHONE NUMBER<br>(312) 641 - 5560 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐