# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Schiller DuCanto and Fleck, LLP

                      Plaintiff,

v.                                            Case No.: 1:08−cv−00518
                                           Honorable James F. Holderman

Sharon Litwin, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge James F. Holderman : Motion hearing held on 2/28/2008. On plaintiff's motion to remand [10], any defendant desiring to respond may do so by 3/13/2008; replies due by 3/27/2008. The Court will rule electronically and set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.