## **CERTIFICATE OF SERVICE**

TO:    Burton S. Hochberg                             Jay Patrick Dahlin
          Schiller Du Canto and Fleck LLP      Peterson & Ross, LLC
          200 North LaSalle Street               200 East Randolph Drive
          30th Floor                                       Suite 7300
          Chicago, Illinois 60601                Chicago, Illinois 60601

        Under penalties as provided by law, the undersigned certifies that she caused to be electronically served **GERALD LITWIN'S RESPONSE IN OPPOSITION TO MOTION TO REMAND,** to the attorney listed above on the **13th** day of **March 2008**.

                                                                       /s/ Chrissy Wawryniuk

Donald L. Johnson (ARDC NO.1342460)
Joseph T. Gentleman (ARDC NO. 6244501)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000